AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No.  8:21MJ83 |
| | ) | |
| | ) | |
| JOSEPH T. CRUM | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 29, 2021 _____ in the county of _____ Douglas _____ in the _____ District of _____ Nebraska _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Anderson, U.S.M.S.
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  2-3-21

City and state:  Omaha, Nebraska

_____
*Judge's signature*

Susan M. Bazis, U.S. Magistrate
*Printed name and title*

AFFIDAVIT

I, Mark Anderson, being first duly sworn, state and depose as follows:

1. I am employed with the United States Marshals Service as a Criminal Investigator Deputy US Marshal. I have been employed with the US Marshals Service for approximately 20 years and am currently assigned to the Omaha, Nebraska office. In the course of my official duties, I am charged with the investigation of federal crimes occurring within the District of Nebraska to include Escape from Custody in violation of Title 18, United States Code, Section 751.

2. On 1/30/21, at approximately 12:30 am, I received a phone call from the USMS Communications Center regarding BOP prisoner Joseph CRUM. The call was from a BOP duty officer who notified me that Joseph CRUM had left the Dismas Charities halfway house located at 506 Crown Point Ave, Omaha, NE. CRUM had been convicted of being a felon in possession of a firearm in the Southern District of Iowa in 2016 and was sentenced to a term of imprisonment of 60 months. CRUM had been transferred from a BOP facility on 1/13/21 to complete his federal prison sentence at Dismas Charities, a residential re-entry center (RRC) at 506 Crown Point Ave, Omaha, NE. CRUM's sentence was scheduled to terminate on 4/9/21. CRUM signed a document provided by the BOP stating that he agreed to numerous terms and conditions while residing at Dismas Charities RRC. Among other things, CRUM was required to reside at the RRC, not use or possess any illegal controlled substance, not leave the facility without permission and report to the facility when ordered.

3. The BOP provided me with documentation of the following information: During the evening of January 29, 2021, CRUM was found in a restroom at Dismas Charities RRC, apparently under the influence of K2, an illegal controlled drug that CRUM had admitted to using earlier in the week. RRC staff were able to rouse CRUM and instructed him to report to the front of the RRC, which he did. At 10:20 PM during a count, CRUM was seen stirring around his bunk area. At approximately 11:16 PM, CRUM fled the Dismas Charities RRC property through a side exit. Once RRC staff became aware that CRUM was no longer on the RRC property, escape procedures were initiated to include emergency contacts. A RRC staff member was able to contact CRUM on his cellphone and instructed him to return to the RRC. CRUM reportedly answered the call, still sounding under the influence, and then hung up when he realized it was staff. A staff member also contacted CRUM's father, Thomas Crumb, Sr and see if he could coax him back to the RRC and to let him know that he would need to return by 12:00 AM. Thomas Crum Sr. stated that he would try to get his son to return to the RRC. At 11:47 PM Thomas Crum Sr. returned a call to RRC staff to let them

know that he was unable to contact his son.  After that, the facility was unable to locate CRUM or anyone that knew of his whereabouts. RRC staff called the BOP Duty officer at 12:00 AM CST, at which time CRUM was placed on escape status.

4.  Upon being notified of the escape, the USMS entered CRUM into NCIC as a walk away from a BOP facility.  As of 2/2/21 at 1600 PM, CRUM has not returned to Dismas Charities RRC or contacted authorities to turn himself in.

Respectfully submitted,

Mark Anderson
Deputy U.S. Marshal
U.S. Marshals Service

Subscribed and sworn to before me
on February 3, 2021:

SUSAN M. BAZIS
UNITED STATES MAGISTRATE JUDGE